## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carmen D. Fusca<br><br>        <u>Debtor</u> | CHAPTER 11<br><br>BKY. NO. 16-23697 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 8530

                                      Respectfully submitted,

                                      **/s/ Joshua I. Goldman, Esquire**
                                      Joshua I. Goldman, Esquire
                                      jgoldman@kmllawgroup.com
                                      Attorney I.D. No. 205047
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      Phone: 215-825-6306
                                      Fax: 215-825-6406
                                      Attorney for Movant/Applicant