# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CARMEN D. FUSCA<br><br>    Debtor.<br><br><br>ENTERPRISE BANK,<br><br>    Movant,<br><br>vs.<br><br>CARMEN D. FUSCA and<br>THE UNITED STATES TRUSTEE,<br><br>    Respondents. | Bankruptcy Case No.: 16-23697-CMB<br><br>CHAPTER 11<br><br>*Related to Document No.:*__<br><br>*Hearing Date*:<br>November 17, 2016 @ 2:30 PM<br><br>*Response Deadline*:<br>November 10, 2016 |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**<u>REGARDING MOTION TO ALLOW USE OF CASH COLLATERAL AND</u>**
**<u>ESTABLISHING ADEQUATE PROTECTION</u>**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **November 10, 2016** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on **November 17, 2016 at 2:30 P.M..** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: October 24, 2016

                                        ENTERPRISE BANK

By:    /s/ Joseph A. Fidler
        Joseph A. Fidler, Esquire
        In-House Counsel
        PA ID No.: 87325
        *Attorney for Enterprise Bank*
        4091 Mount Royal Boulevard