**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23697 CMB |
| Carmen D. Fusca, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Carmen D. Fusca, | ) **Related Document No.** 9-8 |
| **Movant,** | ) **Hearing Date:** 11/08/16/@ 2:30 p.m. |
| **vs.** | ) **Response Due:** 10/24/16 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
Motion to Employ Counsel - Document No. 8**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Counsel** filed on October 5, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Counsel** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Counsel** were to be filed and served no later than October 24, 2016.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Counsel** be entered by the Court.

Dated: October 25, 2016　　　　　　　　　**BY:** /s/ David Z. Valencik _____
　　　　　　　　　　　　　　　　　　　　**Donald R. Calaiaro, Esquire, PA I.D. #27538**
　　　　　　　　　　　　　　　　　　　　dcalaiaro@c-vlaw.com
　　　　　　　　　　　　　　　　　　　　**David Z. Valencik, Esquire, PA I.D. #308361**
　　　　　　　　　　　　　　　　　　　　dvalencik@c-vlaw.com
　　　　　　　　　　　　　　　　　　　　**CALAIARO VALENCIK**
　　　　　　　　　　　　　　　　　　　　**428 Forbes Avenue, Suite 900**
　　　　　　　　　　　　　　　　　　　　**Pittsburgh, PA  15219-1621**
　　　　　　　　　　　　　　　　　　　　**(412) 232-0930**