# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23697 |
| Carmen D. Fusca, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Carmen D. Fusca, | ) **Hearing Date:** 11/08/16 at 2:30p.m. |
| **Movant,** | ) **Response Due:** 10/24/16 |
| vs. | ) **Related to Document No. 8-20** |
| No Respondent. | ) **Document No.** |

## CERTIFICATE OF SERVICE OF ORDER APPROVING COUNSEL FOR THE DEBTOR

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 26, 2016.

**Mailing Matrix**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First Class Mail.**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Date: October 26, 2016**    /s/ David Z. Valencik
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-23697-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Oct 26 12:25:54 EDT 2016 | Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmingotn, DE 19850-5298 |
| (p)COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD<br>STE 109<br>PITTSBURGH PA 15243-1477 | Collection Service Cen<br>Po Box 68<br>Altoona, PA 16603-0068 | Enterprise Bank<br>4091 Mount Royal Boulevard<br>Allison Park, PA 15101-2917 |
| Enterprise Bank<br>401 Mount Royal Boulevard<br>Allison Park, PA 15101 | Enterprise Bank<br>c/o Joseph Fidler, Esq.<br>4091 Mt. Royal Blvd.<br>Allison Park, PA 15101-2917 | Escallate LLC<br>Attn:Bankruptcy<br>5200 Stoneham Rd Ste 200<br>North Canton, OH 44720-1584 |
| Joseph A. Fidler<br>Enterprise Bank<br>4091 Mount Royal Boulevard<br>Allison Park, PA 15101-2917 | Carmen D. Fusca<br>4 Imperial Court<br>Pittsburgh, PA 15215-1036 | Joshua I. Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank Credit Card<br>Po Box 5570<br>Mailstop  BR- YB58-01-5<br>Cleveland, OH 44101-0570 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401-8703 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| David Z. Valencik<br>Calaiaro Valencik<br>428 Forbes Ave., Suite 900<br>Pittsburgh, PA 15219-1621 | Larry E. Wahlquist<br>U.S. Trustee Program/Dept. of Justice<br>1001 Liberty Avenue<br>Suite 970<br>Pittsburgh, PA 15222-3721 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Collection Service Cen
Attn:Collection Center
Po Box 14931
Pittsburgh, PA 15234

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK, NATIONAL ASSOCIATION          End of Label Matrix
                                           Mailable recipients   23
                                           Bypassed recipients    1
                                           Total                 24
```