**Case no. 16-23697**

# STATEMENT OF INCOME

      I, David Z. Valencik, do hereby verify that the Debtor, Carmen D. Fusca does not receive any paystubs he has his own business.  He has not made anything from it in the last two years.

DATE:  _11/18/2016_____                    __/s/ David Z. Valencik_____
                                                                                         David Z. Valencik, Esquire
                                                                                         Attorney for Debtor