| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Carmen D. Fusca**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1507**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court<br>**WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  11  **10/2/16** |
| Case number:  **16–23697–CMB** | | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carmen D. Fusca | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4 Imperial Court<br>Pittsburgh, PA 15215 | |
| 4. | **Debtor's attorney**<br>Name and address | David Z. Valencik<br>Calaiaro Valencik<br>428 Forbes Ave., Suite 900<br>Pittsburgh, PA 15219 | Contact phone  412–232–0930 |
| 5. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone  412–644–2700<br>Date: 11/21/16 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **December 16, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Liberty Center, 7th Floor, Room 725, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 2/14/17** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **3/16/17**<br>For a governmental unit:  **3/31/17** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-23697-CMB
Carmen D. Fusca                                                             Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                  Page 1 of 2            Date Rcvd: Nov 21, 2016
                              Form ID: 309E               Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
```
db             #+Carmen D. Fusca,    4 Imperial Court,     Pittsburgh, PA 15215-1036
aty             +Joseph A. Fidler,    Enterprise Bank,    4091 Mount Royal Boulevard,
                  Allison Park, PA 15101-2917
aty             +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
aty             +Larry E. Wahlquist,    U.S. Trustee Program/Dept. of Justice,    1001 Liberty Avenue,   Suite 970,
                  Pittsburgh, PA 15222-3721
aty             +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
cr               Enterprise Bank,   4091 Mount Royal Boulevard,     Allison Park, PA  15101-2917
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14299231       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court:  Collection Service Cen,      Attn:Collection Center,    Po Box 14931,
                 Pittsburgh, PA 15234)
14299230       #+Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
14302375        +Enterprise Bank,   c/o Joseph Fidler, Esq.,    4091 Mt. Royal Blvd.,
                  Allison Park, PA 15101-2917
14299232         Enterprise Bank,   401 Mount Royal Boulevard,     Allison Park, PA 15101
14316300        +Financial Pacific Leasing, Inc.,    3455 S 344th Way, Ste. 300,    Federal Way, WA 98001-9546
14299234        +PNC Bank Credit Card,    Po Box 5570,    Mailstop  BR- YB58-01-5,   Cleveland, OH 44101-0570
14299235        +Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dvalencik@c-vlaw.com Nov 22 2016 02:29:00     David Z. Valencik,
                 Calaiaro Valencik,    428 Forbes Ave., Suite 900,    Pittsburgh, PA  15219
smg             EDI: IRS.COM Nov 22 2016 02:19:00     Internal Revenue Service,    Special Procedures Division,
                 P.O. Box 628,    Bankruptcy Section,    Pittsburgh, PA 15230
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2016 02:29:49      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 22 2016 02:29:58
                 Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              EDI: RECOVERYCORP.COM Nov 22 2016 02:18:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14299228       +EDI: CAPITALONE.COM Nov 22 2016 02:18:00     Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14299229       +EDI: CHASE.COM Nov 22 2016 02:18:00     Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmingotn, DE 19850-5298
14299233       +EDI: ESCALLATE.COM Nov 22 2016 02:19:00     Escallate LLC,    Attn:Bankruptcy,
                 5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14302066       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2016 02:29:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14318837        EDI: Q3G.COM Nov 22 2016 02:19:00     Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
14302171        EDI: RECOVERYCORP.COM Nov 22 2016 02:18:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                             TOTAL: 11
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK, NATIONAL ASSOCIATION
14299241*      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court:  Collection Service Cen,      Attn:Collection Center,    Po Box 14931,
                 Pittsburgh, PA 15234)
14299238*       +Capital One,   Po Box 30285,    Salt Lake City, UT 84130-0285
14299239*       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmingotn, DE 19850-5298
14299240*       +Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
14299242*        Enterprise Bank,   401 Mount Royal Boulevard,     Allison Park, PA 15101
14299243*       +Escallate LLC,    Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14299244*       +PNC Bank Credit Card,    Po Box 5570,    Mailstop  BR- YB58-01-5,   Cleveland, OH 44101-0570
14299245*       +Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
                                                                                   TOTALS: 1, * 8, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: mgut              Page 2 of 2               Date Rcvd: Nov 21, 2016
                              Form ID: 309E           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
```
              David Z. Valencik    on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```