## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Carmen D. Fusca,                                                            16-23697-CMB

Debtor(s).

## STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

( )    Debtors schedules reflect only ____ unsecured creditors.

(X)    No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

( )    Insufficient response to U.S. Trustee's communication/contact for service on the committee.

( )    Non-operating debtor-in-possession; no creditor interest.

( )    Motion to convert to Chapter 7 or dismiss pending.

( )    Case converted or dismissed.

( )    Other.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3


By: /s/Norma Hildenbrand
    Norma Hildenbrand
    Trial Attorney
Norma.L.Hildenbrand@usdoj.gov

Dated: November 30, 2016

cc: David Valencik, Esquire

Accepting Creditor(s)