

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

---

*1001 Liberty Avenue, Room 970*　　　　　　　　　　*(412) 644-4756*
*Pittsburgh, PA   15222*　　　　　　　　　　　　　　*fax (412) 644-4785*


# MINUTES OF §341 MEETING OF CREDITORS
## <u>CHAPTER 11</u>

IN RE:

Carmen D. Fusca,　　　　　　　　　　　　　CASE NO. 16-23697-CMB

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **<u>convened</u>** on January 6, 2017 and closed.


ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3


By: <u>/s/ Larry Wahlquist</u>
　　　Larry Wahlquist
　　　Trial Attorney
　　　Presiding Officer
　　　Larry.E.Wahlquist@usdoj.gov


Date: January 6, 2017