# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23697 CMB |
| Carmen D. Fusca, | ) **Chapter** 11 |
|    **Debtor,** | ) **Related Document No.** 46-45 |
| Carmen D. Fusca, | ) **Hearing Date:** 02/07/17 @ 1:30 p.m. |
|    **Movant,** | ) **Response Due:** 01/30/17 |
|    vs. | ) |
| No Respondent. | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING
## Motion to Employ Accountant - Document No. 45

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Accountant** filed on January 13, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Accountant** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Accountant** were to be filed and served no later than January 30, 2017.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Accountant** be entered by the Court.

Date: February 1, 2017         /s/ Donald R. Calaiaro
                                                        **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                                        dcalaiaro@c-vlaw.com

                                                        /s/ David Z. Valencik
                                                        **David Z. Valencik, Esquire,   PA I.D. #308361**
                                                        dvalencik@c-vlaw.com
                                                        **CALAIARO VALENCIK**
                                                        **428 Forbes Avenue, Suite 900**
                                                        **Pittsburgh, PA  15219-1621**
                                                        **(412) 232-0930**