**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23697 CMB |
| Carmen D. Fusca, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Carmen D. Fusca, | ) **Related Document No.** 51-47 |
| **Movant,** | ) **Hearing Date:** 02/23/17 @ 1:30 p.m. |
| vs. | ) **Response Due:** 02/17/17 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
Motion to Extend Time to File Plan and Disclosure Statement - Document No. 47**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Extend Time to File Plan and Disclosure Statement** filed on January 30, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Extend Time to File Plan and Disclosure Statement** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Extend Time to File Plan and Disclosure Statement** were to be filed and served no later than February 17, 2017.

It is hereby respectfully requested that the Order attached to the **Motion to Extend Time to File Plan and Disclosure Statement** be entered by the Court.

| | |
|---|---|
| Dated: February 20, 2017 | /s/ Donald R. Calaiaro |
| | **Donald R. Calaiaro, Esquire, PA I.D. #27538** |
| | dcalaiaro@c-vlaw.com |
| | |
| | /s/ David Z. Valencik |
| | **David Z. Valencik, Esquire, PA I.D. #308361** |
| | dvalencik@c-vlaw.com |
| | **CALAIARO VALENCIK** |
| | **428 Forbes Avenue, Suite 900** |
| | **Pittsburgh, PA  15219-1621** |
| | **(412) 232-0930** |