1:30 PM

## PROCEEDING MEMO

Date:   February 23, 2017

In re:   Carmen D. Fusca

Bankruptcy No.   16-23697-CMB
Chapter 11- Not a Small Business
(Exclusivity expired 1/30/2017)
Doc. # 47

**Appearances:**

Movant(s):   ~~David Z. Valencik;~~ Donald R. Calaiaro ✓  *Jonathan Smith* ✓

Respondent(s):

Creditor(s):

Nature of Proceeding:   Debtor's Motion for Extension of Time to File Disclosure Statement and Plan

Additional Pleadings:   #51 Certificate of Service  *#57 CNO*

**Judge's Notes:**

**Outcome:**

*Exclusivity has lapsed / modified.*

__✓__ Motion is GRANTED   __✓__ Order entered

_____ Motion is DENIED   _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:   Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

FILED
2/23/17 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge