## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23697 CMB |
| Carmen D. Fusca, | ) |
| **Debtor,** | ) **Chapter** 11 |
| Carmen D. Fusca, | ) |
| **Movant,** | ) |
| **vs.** | ) Related to: |
| No Respondent. | ) **Document No.** 47 |

### ORDER OF COURT

**AND NOW,** to-wit, this _23rd_ day of _____February_____, 2017, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Debtor is granted an extension of

sixty(60) days *from today* to file his Plan and Disclosure Statement.


**By the Court,**


**Carlota M. Böhm**
**United States Bankruptcy Judge**


FILED
2/23/17 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23697-CMB
Carmen D. Fusca                                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 1           Date Rcvd: Feb 23, 2017
                           Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db            #+Carmen D. Fusca,   4 Imperial Court,   Pittsburgh, PA 15215-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
            David Z. Valencik   on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,
              cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
            Donald R. Calaiaro   on behalf of Debtor Carmen D. Fusca dcalaiaro@c-vlaw.com,
              cvlaw.ecf.dcalaiaro@c-vlaw.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
            James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
            Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
              cnoroski@grblaw.com
            Jeffrey R. Hunt   on behalf of Creditor   Pine-Richland School District jhunt@grblaw.com,
              cnoroski@grblaw.com
            Jeffrey R. Hunt   on behalf of Creditor   Richland Township jhunt@grblaw.com,  cnoroski@grblaw.com
            Joseph A. Fidler   on behalf of Creditor   Enterprise Bank jfidler@enterprisebankpgh.com
            Joshua I. Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
            Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee
              larry.e.wahlquist@usdoj.gov
            Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
              rive.com
            S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
              Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                              TOTAL: 12