**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23697 CMB |
| Carmen D. Fusca, | ) **Chapter** 11 |
|    **Debtor,** | ) **Related Document No.** 65-64 |
| Carmen D. Fusca, | ) **Hearing Date:** 04/18/17 @ 2:30 p.m. |
|    **Movant,** | ) **Response Due:** 04/06/17 |
|    **vs.** | ) |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
Motion to Employ Real Estate Broker- Document No. 64**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Real Estate Broker** filed on March 20, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Real Estate Broker** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Real Estate Broker** were to be filed and served no later than April 6, 2017.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Real Estate Broker** be entered by the Court.

Date: April 7, 2017             /s/ Donald R. Calaiaro
                                                   **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                                   dcalaiaro@c-vlaw.com

                                                   /s/ David Z. Valencik
                                                   **David Z. Valencik, Esquire,   PA I.D. #308361**
                                                   dvalencik@c-vlaw.com
                                                   **CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930**