# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CARMEN D. FUSCA<br><br>  Debtor.<br><br>---<br><br>ENTERPRISE BANK<br><br>  Movant,<br><br>vs.<br><br>CARMEN D. FUSCA, Debtor and FUSCA'S ONE HOUR IMPERIAL CLEANERS, INC.<br><br>  Respondents. | Bankruptcy Case No.: 16-23697-CMB<br><br>CHAPTER 11<br><br>Document Number:<br><br>*Response Deadline:*<br>May 15, 2017<br><br>*Hearing Date:*<br>May 24, 2017 at 1:30 P.M. |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF ENTERPRISE BANK FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **May 15, 2017** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **May 24, 2017 at 1:30 P.M.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  April 26, 2017

                                          ENTERPRISE BANK

                   By:    /s/ Joseph A. Fidler
                          Joseph A. Fidler, Esquire
                          In-House Counsel
                          PA ID No.: 87325
                          *Attorney for Enterprise Bank*
                          4091 Mount Royal Boulevard