# PROCEEDING MEMO

**Date:** 05/24/2017 01:30 pm

**In re:** Carmen D. Fusca

Bankruptcy No. 16-23697-CMB
Chapter: 11
Doc. # 66

**Appearances:**

**Movant(s):**   Larry E. Wahlquist ✓

**Respondent(s):**   David Z. Valencik ✓
John Fidler ✓

**Creditor(s):**

**Nature of Proceeding:**   #66 Motion to Convert Case from Chapter 11 to Chapter 7 by the United States Trustee

**Additional Pleadings:**   #67 Certificate of Service; #80 Debtor's Response

**Judge's Notes:**   Cont to Sept. 12 at 1:30.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:      Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

**Carlota M. Böhm**
**U.S. Bankruptcy Court**

FILED
5/25/17 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA