# PROCEEDING MEMO

Date: 05/24/2017 01:30 pm

In re: Carmen D. Fusca

Bankruptcy No. 16-23697-CMB
Chapter: 11
Doc. # 74

**Appearances:**

**Movant(s):** David Z. Valencik

**Respondent(s):**

**Creditor(s):**

**Nature of Proceeding:** #74 Second Motion to Extend Time to File Plan and Disclosure Statement

**Additional Pleadings:** #76 Certificate of Service

**Judge's Notes:**

**Outcome:**

✓ Motion is GRANTED ✓ Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
5/25/17 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA