IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Carmen D. Fusca,<br>    **Debtor,**<br>Carmen D. Fusca,<br>    **Movant,**<br>        vs.<br>No Respondent. | ) Case No. 16-23697 CMB<br>)<br>) Chapter 11<br>)<br>)<br>)<br>) Related to:<br>) Document No. 74 |

## ORDER OF COURT

AND NOW, to-wit, this <u>24th</u> day of <u>May</u>, 2017, it is hereby ORDERED, ADJUDGED AND DECREED that Debtor is granted an extension ~~of sixty (60) days~~ *until July 24, 2017* to file his Chapter 11 Plan and Disclosure Statement.

By the Court,

*Carlota M. Böhm*
Carlota M. Böhm
United States Bankruptcy Judge

FILED
5/25/17 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Carmen D. Fusca  
    Debtor

Case No. 16-23697-CMB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: May 25, 2017  
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.  
db        #+Carmen D. Fusca,    4 Imperial Court,    Pittsburgh, PA 15215-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:  
        David Z. Valencik   on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,  
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
        Donald R. Calaiaro   on behalf of Debtor Carmen D. Fusca dcalaiaro@c-vlaw.com,  
         cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
        James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Jeffrey R. Hunt   on behalf of Creditor   Pine-Richland School District jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Jeffrey R. Hunt   on behalf of Creditor   Richland Township jhunt@grblaw.com,  cnoroski@grblaw.com  
        Joseph A. Fidler   on behalf of Creditor   Enterprise Bank jfidler@enterprisebankpgh.com  
        Joshua I. Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee  
         larry.e.wahlquist@usdoj.gov  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                            TOTAL: 12