# PROCEEDING MEMO

Date: 08/08/2017 01:30 pm

In re: Carmen D. Fusca

Bankruptcy No. 16-23697-CMB
Chapter: 11
Doc. # 77

**Appearances:**

Movant(s):    Joseph A. Fidler ✓

Respondent(s):    David Z. Valencik ✓

Creditor(s):

Nature of Proceeding:    Continued Hearing on Motion for Relief from Stay by Enterprise Bank

Additional Pleadings:    #77 Certificate of Service; #81 Response by the Debtor

NOTE:    Hearing on 3rd Motion to Extend Time to File Plan scheduled for 8/22/2017 at 1:30 PM

**Judge's Notes:**

- Potential settlement
- Cont to Sept 12 at 2:00
- Consent Order may be filed.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
8/8/17 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23697-CMB
Carmen D. Fusca                                                           Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1           Date Rcvd: Aug 08, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.
db           #+Carmen D. Fusca,    4 Imperial Court,    Pittsburgh, PA 15215-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Carmen D. Fusca dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pine-Richland School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Richland Township jhunt@grblaw.com,   cnoroski@grblaw.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12