# PROCEEDING MEMO

**Date:** 08/22/2017 01:30 pm

**In re:** Carmen D. Fusca

**Bankruptcy No.** 16-23697-CMB
**Chapter:** 11 - Not Small Business
**Doc. #** 101

**Appearances:**

**Movant(s):** David Z. Valencik ✓

**Respondent(s):**

**Creditor(s):**

**Nature of Proceeding:** Debtor's Third Motion to Extend Time to File Plan and Disclosure Statement

**Additional Pleadings:** #103 Certificate of Service

**Judge's Notes:** No Objections
Potential Sale of house
- Short Sale

**Outcome:**

✓ Motion is GRANTED  ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:     Movant(s) brief due ___ days
                            Respondent(s) brief due ___ days
                            Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
8/22/17 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA