# PROCEEDING MEMO

Date: 09/12/2017 01:30 pm

In re: Carmen D. Fusca

Bankruptcy No. 16-23697-CMB
Chapter: 11
Doc. # 66

**Appearances:**

Movant(s):   Larry E. Wahlquist

Respondent(s):   ~~Donald R. Calaiaro~~; David Z. Valencik ✓

Creditor(s):   ~~Joseph A. Fidler~~   Joseph Sisca ✓

Nature of Proceeding:   Continued Hearing on Motion to Convert Case from Chapter 11 to Chapter 7 by The United States Trustee

Additional Pleadings:   #67 Certificate of Service; #80 Debtor's Response

**Judge's Notes:**

Outcome:

Case Converted to Chap 7 due to past action & lack of probability that a Reorg can occur.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:   Movant(s) brief due____days
                         Respondent(s) brief due____days
                         Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
9/12/17 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA