## PROCEEDING MEMO

Date: 09/12/2017 01:30 pm

In re: Carmen D. Fusca

Business

Bankruptcy No. 16-23697-CMB
Chapter: 11- Not Small

Plan & D.S. due 12/4/2017
Doc. # 1

**Appearances:**

Movant(s):   David Z. Valencik

Respondent(s):

Creditor(s):

Nature of Proceeding:   Continued Status Conference re: Chapter 11 Voluntary Petition

Additional Pleadings:  #99 Monthly Financial Report for May 2017

Judge's Notes:   *Case Converted*

Outcome:

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:        Movant(s) brief due____days
                                    Respondent(s) brief due____days
                                    Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
9/12/17 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA