| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Carmen D. Fusca** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–1507** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **11** | **10/2/16** |
| Case number:   **16–23697–CMB** | | Date case converted to chapter **7** | **9/12/17** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Carmen D. Fusca | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4 Imperial Court <br> Pittsburgh, PA 15215 | |
| 4. | **Debtor's attorney** <br> Name and address | David Z. Valencik <br> Calaiaro Valencik <br> 428 Forbes Ave., Suite 900 <br> Pittsburgh, PA 15219 | Contact phone 412–232–0930 |
| 5. | **Bankruptcy trustee** <br> Name and address | Rosemary C. Crawford <br> Crawford McDonald, LLC. <br> P.O. Box 355 <br> Allison Park, PA 15101 | Contact phone 724–443–4757 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 9/12/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **October 16, 2017 at 03:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/15/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/14/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/31/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-23697-CMB
Carmen D. Fusca                                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 3           Date Rcvd: Sep 12, 2017
                              Form ID: 309B           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
```
db              #+Carmen D. Fusca,    4 Imperial Court,    Pittsburgh, PA 15215-1036
aty              +Donald R. Calaiaro,    Calaiaro Valencik,    428 Forbes Ave., Suite 900,
                   Pittsburgh, PA 15219-1621
aty              +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                   Philadelphia, PA 19106-1541
aty               Jeffrey R. Hunt,   Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
                   Pittsburgh, PA 15219-6107
aty              +Joseph A. Fidler,    Enterprise Bank,    4091 Mount Royal Boulevard,
                   Allison Park, PA 15101-2917
aty              +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                   Philadelphia, PA 19106-1541
aty              +Larry E. Wahlquist,    U.S. Trustee Program/Dept. of Justice,    1001 Liberty Avenue,    Suite 970,
                   Pittsburgh, PA 15222-3721
aty               Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                   Pittsburgh, PA 15219-1900
aty              +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
cr               +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                   Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr                Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA 15101-2917
acc              +Joshua A. Jones,    BeanCounters Tax & Accounting Services,    505 Valley Brook Rd., Suite 203,
                   McMurray, PA 15317-3439
cr               +Pine-Richland School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                   Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr               +Richland Township,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                   Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
14299231        ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court:   Collection Service Cen,     Attn:Collection Center,    Po Box 14931,
                   Pittsburgh, PA 15234)
14299230        #+Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
14362723         +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                   437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14347799         +Enterprise Bank,    c/o Joseph A. Fidler, Esq.,    4091 Mt. Royal Blvd.,
                   Allison Park, PA 15101-2917
14302375         +Enterprise Bank,    c/o Joseph Fidler, Esq.,    4091 Mt. Royal Blvd.,
                   Allison Park, PA 15101-2917
14299232          Enterprise Bank,    401 Mount Royal Boulevard,    Allison Park, PA 15101
14316300         +Financial Pacific Leasing, Inc.,    3455 S 344th Way, Ste. 300,    Federal Way, WA 98001-9546
14330883         +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14299234         +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14363490         +PNC Bank, N.A.,    PO BOX 94982,    Cleveland, OH 44101-4982
14382102         +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Attn: Bankruptcy,
                   Miamisburg, OH 45342-5421
14347549         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                   Pittsburgh, PA 15233-1828
14362724         +Pine-Richland School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                   437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14299235         +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14362768         +Richland Township,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                   437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14376789          UPMC Community Medicine,    PO Box 1123,    Minneapolis MN 55440-1123
14374997          UPMC Passavant,    PO Box 1123,    Minneapolis, MN 55440-1123
14374998          UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis MN 55440-1123
14376808          University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: dvalencik@c-vlaw.com Sep 13 2017 02:32:04      David Z. Valencik,
                   Calaiaro Valencik,    428 Forbes Ave., Suite 900,    Pittsburgh, PA 15219
tr               +EDI: BRCCRAWFORD.COM Sep 13 2017 02:28:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                   P.O. Box 355,   Allison Park, PA 15101-0355
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2017 02:32:29       Pennsylvania Dept. of Revenue,
                   Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                   Harrisburg, PA 17128-0946
ust              +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 13 2017 02:32:33
                   Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                   Pittsburgh, PA 15222-3721
cr                EDI: RECOVERYCORP.COM Sep 13 2017 02:28:00      Recovery Management Systems Corporation,
                   25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14299228         +EDI: CAPITALONE.COM Sep 13 2017 02:28:00      Capital One,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
14326325          EDI: CAPITALONE.COM Sep 13 2017 02:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC 28272-1083
14299229         +EDI: CHASE.COM Sep 13 2017 02:28:00      Chase Card Services,    Attn: Correspondence Dept,
                   Po Box 15298,   Wilmingotn, DE 19850-5298
```

```
District/off: 0315-2          User: mgut                  Page 2 of 3                   Date Rcvd: Sep 12, 2017
                              Form ID: 309B               Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14380251       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 13 2017 02:33:07      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14299233       +EDI: ESCALLATE.COM Sep 13 2017 02:28:00      Escallate LLC,    Attn:Bankruptcy,
                 5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14330916       +EDI: IRS.COM Sep 13 2017 02:28:00      Internal Revenue Service,    1000 Liberty Ave Room 711B,
                 Pittsburgh, PA 15222-4107
14302066       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2017 02:32:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14318837        EDI: Q3G.COM Sep 13 2017 02:28:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14302171        EDI: RECOVERYCORP.COM Sep 13 2017 02:28:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14299241*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,     Attn:Collection Center,   Po Box 14931,
                 Pittsburgh, PA 15234)
14299238*      +Capital One,   Po Box 30285,    Salt Lake City, UT 84130-0285
14299239*      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
14299240*      +Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
14299242*       Enterprise Bank,    401 Mount Royal Boulevard,    Allison Park, PA 15101
14299243*      +Escallate LLC,    Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14366071*      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14299244*      +PNC Bank Credit Card,    Po Box 5570,    Mailstop  BR- YB58-01-5,    Cleveland, OH 44101-0570
14299245*      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
                                                                                            TOTALS: 2, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Carmen D. Fusca dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James  Warmbrodt     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pine-Richland School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Richland Township jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: mgut                 Page 3 of 3                    Date Rcvd: Sep 12, 2017
                               Form ID: 309B              Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                           TOTAL: 13

Case 16-23697-CMB    Doc 121    Filed 09/14/17    Entered 09/15/17 00:59:37    Desc
Imaged Certificate of Notice    Page 6 of 6