IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
    Carmen D. Fusca, :
     :
     : Case Number: 16-23697-CMB
    Debtor, : Related to Document No. 66

### ORDER CONVERTING CASE UNDER
### CHAPTER 11 TO CASE UNDER CHAPTER 7

*AND NOW*, this 12th day of September, 2017, it is **ORDERED, ADJUDGED and DECREED** that:

(1) This Chapter 11 case is **CONVERTED** to a case under Chapter 7.

(2) The Debtor, for the period in which it operated as a debtor-in-possession, shall:

    (a) *forthwith* turn over to the Chapter 7 Trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4);

    (b) *within 14 days* of the date of this Order, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, as required by Bankruptcy Rule 1019(5), and a list of all post-petition claimants with their names and addresses. **The Clerk shall reject for filing any list of claimants which is not filed in matrix format;**

    (c) *within 14 days* of the date of this order, file a Financial Report (or reports) covering the period from the last filed financial report through the date of Conversion; and,

    (d) *within 30 days* of the date of this Order, file an accounting of all receipts and distributions made;

(3) *Within 14 days* of the date of this *Order,* the Debtor shall file the *Statements* and *Schedules* required by *Bankruptcy Rules 1019(1)(A) & 1007(b),* if such documents have not already been filed.

(4) If the case is Converted after the Confirmation of a Plan, *within 30 days* of the date of this Order, the Debtor shall file a:

    (a) *Schedule of all property* not listed in the *Final Report and Account* of the Debtor-In-Possession or Chapter 11 Trustee which was acquired after the commencement of the Chapter 11 case but before the entry of this Conversion Order;

(b) **Schedule of Executory Contracts and Unexpired Leases entered** into or assumed after the commencement of the Chapter 11 case but before the entry of this Conversion Order;

(c) **Schedule of Unpaid Debts** not listed in the *Final Report and Account* of the Debtor-In-Possession or Chapter 11 Trustee which were incurred after the commencement of the Chapter 11 case but before the entry of this Conversion Order, as required by *Bankruptcy Rule 1019(5)*;

(d) **Statement of Intention** with respect to retention or surrender of property securing consumer debts, as required by *11 U.S.C. §521(2)(A)* and *Bankruptcy Rule 1019(1)(B)*, and conforming to *Official Form 8*.

(5) It is **FURTHER ORDERED** that the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*. If the report per Paragraph 2(b) is filed in time for the Clerk to include post-petition creditors in the *§341 Notice* mailing, the Clerk shall so include the post-petition creditors in that mailing. If the report per Paragraph 2(b) is not filed in time for inclusion of the post-petition creditors in the *§341 Notice* mailing, the Clerk shall send, within ten (10) days of the filing of the Paragraph 2(b) report, the notice required by *Bankruptcy Rule 1019(6)*.

(6) It is **FURTHER ORDERED** that **within forty-five (45) days** hereof all Chapter 11 fee petitions by any professional shall be filed with the Clerk of the Bankruptcy Court. The fee petition shall be captioned "Chapter 11 Fee Petition in Converted Case" and shall designate the case number as "Bankruptcy No. 16-23697-CMB" and the hearing shall be self-scheduled on Judge Böhm's motions calendar.

cc: Debtor, Debtor's Counsel
Trustee
Office of U.S. Trustee

Carlota M. Böhm
United States Bankruptcy Judge

kmt

FILED
9/12/17 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 16-23697-CMB
Carmen D. Fusca                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Sep 12, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db             #+Carmen D. Fusca,    4 Imperial Court,    Pittsburgh, PA 15215-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                               Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Carmen D. Fusca dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pine-Richland School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Richland Township jhunt@grblaw.com,  cnoroski@grblaw.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 13