IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No.: 16-23697-CMB |
| ) | |
| CARMEN D. FUSCA ) | CHAPTER 7 |
| ) | |
| Debtor. ) | Related to Document Nos. 28, 77, 110, 123 |
| ) | |
| ) | |
| ENTERPRISE BANK, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| CARMEN D. FUSCA and ) | |
| FUSCA'S IMPERIAL ONE HOUR ) | |
| CLEANERS, INC. ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, this 25th day of September, 2017, upon consideration of the Affidavit of Default filed on behalf of Enterprise Bank ("Movant"), it is hereby ORDERED, ADJUDGED and DECREED that the automatic stay is hereby terminated as it affects the interests of Movant in the real property more commonly known as 5320 William Flynn Highway, Gibsonia, PA 15044 ("Commercial Property").

It is further ORDERED, ADJUDGED AND DECREED that the automatic stay is hereby terminated as it affects the interest of Movant in and to Fuscas' Imperial One Hour Cleaner's Inc.'s Inventory, Chattel Paper, Accounts, Equipment, and General Intangibles ("Business Assets") wherever situated.

It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another Chapter.

BY THE COURT:

_____
U.S. Bankruptcy Judge

FILED
9/25/17 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-23697-CMB
Carmen D. Fusca                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1                Date Rcvd: Sep 25, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db             #+Carmen D. Fusca,    4 Imperial Court,    Pittsburgh, PA 15215-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Carmen D. Fusca dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pine-Richland School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Richland Township jhunt@grblaw.com, cnoroski@grblaw.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 13