# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23697-CMB |
| | ) |
| Carmen D. Fusca | ) **Chapter** 7 |
| | ) |
| **Debtor.** | ) **Document No.** |

## DEBTOR'S REPORT UNDER BANKRUPTCY RULE 1019

**AND NOW**, comes the Debtor, by and through its attorney, David Z. Valencik, and presents the following:

1. The Debtor hereby incorporates its petition and schedules filed in the Chapter 11 case as the petition and schedules in this Chapter 7 case.

2. The Debtor has not acquired property after the commencement of the Chapter 11 case and before the case was converted.

3. The Debtor has not entered into or assumed executory contracts after the commencement of the Chapter 11 case and before the case was converted.

4. The Debtor did operate during the pendency of this case and did file monthly reports.

5. The Debtors did incur new debt as follows and mailing matrix will be updated with new creditor:

   Jordan Tax Service, Inc. Pine Richland School District 2017        $17,779.23

**Respectfully submitted,**

**DATE: October 11, 2017**        **BY: __/s/ Donald R. Calaiaro_____**
**Donald R. Calaiaro, Esquire PA ID #27538**
**dcalaiaro@c-vlaw.com**
**BY: /s/  David Z. Valencik**
**David Z. Valencik, Esquire  PA ID #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Ave., Suite 900**
**Pittsburgh, PA  15219-2230**
**(412) 232-0930**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) **Case No.** 16-3697-CMB |
| | ) |
| Carmen D. Fusca | ) **Chapter** 7 |
| | ) |
| **Debtor.** | ) **Document No.** |

## **CERTIFICATE OF SERVICE**

I, David Z. Valencik, certify under penalty of perjury that I served the ***Debtor's Report Under Bankruptcy Rule 1019*** by First Class Mail, postage prepaid on the on the parties listed below.

Office of the U.S. Trustee
1001 Liberty Avenue
Liberty Center, Suite 970
Pittsburgh, PA  15222

Rosemary C. Crawford
Crawford McDonald LLC
P.O. Box 355
Allison Park, PA 15101

Carmen D. Fusca
4 Imperial Court
Pittsburgh, PA 15215


**DATE: October 11, 2017**              **BY:** __/s/ Donald R. Calaiaro_____
                                         **Donald R. Calaiaro, Esquire PA ID #27538**
                                         **dcalaiaro@c-vlaw.com**
                                         **BY: /s/  David Z. Valencik**
                                         **David Z. Valencik, Esquire  PA ID #308361**
                                         **dvalencik@c-vlaw.com**
                                         **CALAIARO VALENCIK**
                                         **428 Forbes Ave., Suite 900**
                                         **Pittsburgh, PA  15219-2230**
                                         **(412) 232-0930**