**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) **Case No.** 16-23697 CMB |
| | ) **Chapter** 7 |
| Carmen D. Fusca | ) |
| | ) **Related Document No.** 135 |
| | ) |
| **Debtor.** | ) **Document No.** |

## AMENDED CERTIFICATE OF SERVICE

I, David Z. Valencik, certify under penalty of perjury that I served the ***Debtor's Report Under Bankruptcy Rule 1019*** by First Class Mail, postage prepaid on the on the parties listed below.

Office of the U.S. Trustee
1001 Liberty Avenue
Liberty Center, Suite 970
Pittsburgh, PA  15222

Rosemary C. Crawford
Crawford McDonald LLC
P.O. Box 355
Allison Park, PA 15101

Carmen D. Fusca
4 Imperial Court
Pittsburgh, PA 15215

**DATE:** October 12, 2017        **BY:** __/s/ Donald R. Calaiaro_____
                                  **Donald R. Calaiaro, Esquire PA ID #27538**
                                  **dcalaiaro@c-vlaw.com**
                                  **BY:   /s/  David Z. Valencik_____**
                                  **David Z. Valencik, Esquire  PA ID #308361**
                                  **dvalencik@c-vlaw.com**
                                  **CALAIARO VALENCIK**
                                  **428 Forbes Ave., Suite 900**
                                  **Pittsburgh, PA  15219-2230**
                                  **(412) 232-0930**