WPAB FORM 30 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Carmen D. Fusca | : | Bankruptcy No. 16-23697 |
| | : | |
| Debtor | : | |
| | : | Chapter 7 |
| Carmen D. Fusca | : | |
| | : | |
| Movant | : | |
| | : | Related to Document No. # |
| v. | : | |
| | : | |
| Jordan Tax Service, Inc., Pine Richland School District: | | |
| Richland Township Area, Department of Court | : | |
| Records-Criminal Division | : | |
| Respondents | : | |

**AMENDED NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, David Z. Valencik, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:    /s/David Z. Valencik, Esquire_____
Signature

Calaiaro Valencik_____
Typed Name

428 Forbes Ave., Suite 900, Pittsburgh, PA 15219
Address

(412) 232-0930/dcalaiaro@c-vlaw.com
Phone No. and Email Address

PA ID #308361_____
List Bar I.D. and State of Admission

Jordan Tax Service, Inc.
Pine Richland School District
Richland Township Area
102 Rahway Road
McMurray, PA 15317

Department of Court Records-Criminal Division
115 Courthouse
438 Grant Street
Pittsburgh, PA 15219