**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−23697−CMB**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Carmen D. Fusca
   4 Imperial Court
   Pittsburgh, PA 15215

Social Security No.:
   xxx−xx−1507

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| David Z. Valencik<br>Calaiaro Valencik<br>428 Forbes Ave., Suite 900<br>Pittsburgh, PA 15219<br>Telephone number: 412−232−0930 | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101<br>Telephone number: 724−443−4757 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
December 18, 2017
02:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: <u>11/2/17</u>

BY THE COURT

<u>Carlota M. Bohm</u>
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-23697-CMB
Carmen D. Fusca                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 3                  Date Rcvd: Nov 02, 2017
                              Form ID: rsc            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
```
db            #+Carmen D. Fusca,    4 Imperial Court,    Pittsburgh, PA 15215-1036
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr              Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA  15101-2917
acc            +Joshua A. Jones,    BeanCounters Tax & Accounting Services,    505 Valley Brook Rd., Suite 203,
                 McMurray, PA 15317-3439
cr             +Pine-Richland School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr             +Richland Township,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14299231      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Cen,    Attn:Collection Center,    Po Box 14931,
                 Pittsburgh, PA 15234)
14299228       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
14326325        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14299229       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
14362723       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14709823        Department of Court Records-Criminal Division,    115 Courthouse,    438 Grant Street,
                 Pittsburgh, PA 15219
14347799       +Enterprise Bank,    c/o Joseph A. Fidler, Esq.,    4091 Mt. Royal Blvd.,
                 Allison Park, PA 15101-2917
14302375       +Enterprise Bank,    c/o Joseph Fidler, Esq.,    4091 Mt. Royal Blvd.,
                 Allison Park, PA 15101-2917
14299232        Enterprise Bank,    401 Mount Royal Boulevard,    Allison Park, PA 15101
14316300       +Financial Pacific Leasing, Inc.,    3455 S 344th Way, Ste. 300,    Federal Way, WA 98001-9546
14330883       +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14708660       +Jordan Tax Service, Inc.,    Pine Richland School District,    Richland Township Area,
                 102 Rahway Road,    McMurray, PA 15317-3349
14299234       +PNC Bank Credit Card,    Po Box 5570,    Mailstop  BR- YB58-01-5,    Cleveland, OH 44101-0570
14363490       +PNC Bank, N.A.,    PO BOX 94982,    Cleveland, OH 44101-4982
14382102       +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Attn: Bankruptcy,
                 Miamisburg, OH 45342-5421
14347549       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14362724       +Pine-Richland School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14299235       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14362768       +Richland Township,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14376789        UPMC Community Medicine,    PO Box 1123,    Minneapolis MN 55440-1123
14374997        UPMC Passavant,    PO Box 1123,    Minneapolis, MN 55440-1123
14374998        UPMC Presbyterian Shadyside Hospital,    PO Box 1123,    Minneapolis, MN 55440-1123
14376808        University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2017 00:43:30      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2017 00:46:00
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14380251       +E-mail/Text: kburkley@bernsteinlaw.com Nov 03 2017 00:44:01      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14299233       +E-mail/Text: bankruptcies@escallate.com Nov 03 2017 00:43:16      Escallate LLC,
                 Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14330916        E-mail/Text: cio.bncmail@irs.gov Nov 03 2017 00:43:20      Internal Revenue Service,
                 1000 Liberty Ave Room 711B,    Pittsburgh, PA 15222-4107
14302066       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2017 00:43:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14318837        E-mail/Text: bnc-quantum@quantum3group.com Nov 03 2017 00:43:25
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14302171        E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2017 00:46:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14710985       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 03 2017 00:43:39      United States Trustee,
                 Liberty Center,    1001 Liberty Avenue,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 9
```

```
District/off: 0315-2              User: mgut                Page 2 of 3                 Date Rcvd: Nov 02, 2017
                                  Form ID: rsc              Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14299241*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Cen,     Attn:Collection Center,    Po Box 14931,
                Pittsburgh, PA 15234)
14299238*      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
14299239*      +Chase Card Services,    Attn: Correspondence Dept,     Po Box 15298,    Wilmingotn, DE 19850-5298
14299240*      +Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
14299242*       Enterprise Bank,    401 Mount Royal Boulevard,    Allison Park, PA 15101
14299243*      +Escallate LLC,    Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,     North Canton, OH 44720-1584
14709822*      +Jordan Tax Service, Inc.,    Pine Richland School District,     Richland Township Area,
                102 Rahway Road,    McMurray, PA 15317-3349
14366071*      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14299244*      +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,     Cleveland, OH 44101-0570
14299245*      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14299230      ##+Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
                                                                                         TOTALS: 2, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
          David Z. Valencik    on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Carmen D. Fusca dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pine-Richland School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Richland Township jhunt@grblaw.com,   cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
```

```
District/off: 0315-2           User: mgut                 Page 3 of 3              Date Rcvd: Nov 02, 2017
                               Form ID: rsc               Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                       TOTAL: 14