## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23697 CMB |
| Carmen D. Fusca., | ) **Chapter** 7 |
| **Debtor,** | ) **Related Document No.** 144-143 |
| Calaiaro Valencik, | ) **Hearing Date:** 12/04/17 @ 1:30 p.m. |
| **Movant,** | ) **Response Due:** 11/13/17 |
| NO RESPONDENT. | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION REGARDING
### Chapter 11 Fee Petition in Converted Case- Document No. 143

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Chapter 11 Fee Petition in Converted Case** filed on October 27, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Chapter 11 Fee Petition in Converted Case** appears thereon. Pursuant to the Notice of Hearing, objections to the **Chapter 11 Fee Petition in Converted Case** were to be filed and served no later than November 13, 2017.

It is hereby respectfully requested that the Order attached to the **Chapter 11 Fee Petition in Converted Case** be entered by the Court.

**Dated:** November 14, 2017

**BY:**     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**BY:**     /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com

**BY:**     /s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
mkaminski@c-vlaw.com

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**