**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Carmen D. Fusca

                Debtor

BK. NO. 16-23697 CMB

PNC Bank, National Association,

                Movant

        v.

Carmen D. Fusca

                Respondent

        and

Rosemary C. Crawford, Trustee

                Additional Respondent

CHAPTER 7

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

      This _____ day of _____, 2018, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

      **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 4 Imperial Ct, Pittsburgh, PA 15215.

      Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

                                                    _____
                                                  United States Bankruptcy Judge

James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant