**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carmen D. Fusca** | Social Security number or ITIN  **xxx–xx–1507** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–23697–CMB**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carmen D. Fusca

<u>8/10/18</u>                                              **By the court:**  <u>Carlota M. Bohm</u>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 16-23697-CMB
Carmen D. Fusca                                                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                    Page 1 of 3                  Date Rcvd: Aug 10, 2018
                              Form ID: 318                  Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
```
db              #+Carmen D. Fusca,    4 Imperial Court,    Pittsburgh, PA 15215-1036
cr               +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                   Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr                Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA  15101-2917
acc             #+Joshua A. Jones,    BeanCounters Tax & Accounting Services,    505 Valley Brook Rd., Suite 203,
                   McMurray, PA 15317-3439
cr               +Pine-Richland School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                   Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr               +Richland Township,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                   Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14299231        ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Cen,     Attn:Collection Center,    Po Box 14931,
                   Pittsburgh, PA 15234)
14362723         +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                   437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14709823         +Department of Court Records-Criminal Division,     115 Courthouse,    438 Grant Street,
                   Pittsburgh, PA 15219-2201
14347799         +Enterprise Bank,    c/o Joseph A. Fidler, Esq.,    4091 Mt. Royal Blvd.,
                   Allison Park, PA 15101-2917
14302375         +Enterprise Bank,    c/o Joseph Fidler, Esq.,    4091 Mt. Royal Blvd.,
                   Allison Park, PA 15101-2917
14299232          Enterprise Bank,    401 Mount Royal Boulevard,    Allison Park, PA 15101
14316300         +Financial Pacific Leasing, Inc.,    3455 S 344th Way, Ste. 300,    Federal Way, WA 98001-9546
14330883         +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14708660         +Jordan Tax Service, Inc.,    Pine Richland School District,    Richland Township Area,
                   102 Rahway Road,    McMurray, PA 15317-3349
14299234         +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14363490         +PNC Bank, N.A.,    PO BOX 94982,    Cleveland, OH 44101-4982
14382102         +PNC Mortgage, a division of PNC Bank, NA,     3232 Newmark Drive,    Attn: Bankruptcy,
                   Miamisburg, OH 45342-5421
14347549         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                   Pittsburgh, PA 15233-1828
14362724         +Pine-Richland School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                   437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14299235         +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14362768         +Richland Township,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                   437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14376789          UPMC Community Medicine,    PO Box 1123,    Minneapolis MN 55440-1123
14374997          UPMC Passavant,    PO Box 1123,    Minneapolis, MN 55440-1123
14374998          UPMC Presbyterian Shadyside Hospital,     PO Box 1123,    Minneapolis, MN 55440-1123
14376808          University of Pittsburgh Physicians,     PO Box 1123,    Minneapolis MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               +EDI: BRCCRAWFORD.COM Aug 11 2018 05:38:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                   P.O. Box 355,    Allison Park, PA 15101-0355
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:12:27      Pennsylvania Dept. of Revenue,
                   Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                   Harrisburg, PA  17128-0946
cr                EDI: RECOVERYCORP.COM Aug 11 2018 05:38:00      Recovery Management Systems Corporation,
                   25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14299228         +EDI: CAPITALONE.COM Aug 11 2018 05:38:00      Capital One,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
14326325          EDI: CAPITALONE.COM Aug 11 2018 05:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC  28272-1083
14299229         +EDI: CHASE.COM Aug 11 2018 05:38:00      Chase Card Services,    Attn: Correspondence Dept,
                   Po Box 15298,    Wilmingotn, DE 19850-5298
14380251         +E-mail/Text: kburkley@bernsteinlaw.com Aug 11 2018 02:13:18       Duquesne Light Company,
                   c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                   Pittsburgh, PA 15219-1945
14299233         +EDI: ESCALLATE.COM Aug 11 2018 05:38:00      Escallate LLC,    Attn:Bankruptcy,
                   5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14330916         +EDI: IRS.COM Aug 11 2018 05:38:00      Internal Revenue Service,    1000 Liberty Ave Room 711B,
                   Pittsburgh, PA 15222-4107
14302066         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:12:27
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
14318837          EDI: Q3G.COM Aug 11 2018 05:38:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                   PO Box 788,    Kirkland, WA  98083-0788
14302171          EDI: RECOVERYCORP.COM Aug 11 2018 05:38:00      Recovery Management Systems Corporation,
                   25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14710985         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 11 2018 02:12:36       United States Trustee,
                   Liberty Center,    1001 Liberty Avenue,    Suite 970,    Pittsburgh, PA 15222-3721
14726650          EDI: AIS.COM Aug 11 2018 05:38:00      Verizon,    by American InfoSource LP as agent,
                   PO Box 248838,    Oklahoma City, OK  73124-8838
```

```
District/off: 0315-2              User: mgut                 Page 2 of 3                   Date Rcvd: Aug 10, 2018
                                  Form ID: 318               Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                      TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               PNC BANK, NATIONAL ASSOCIATION
aty*            +Rosemary C. Crawford,    Crawford McDonald, LLC.,    P.O. Box 355,    Allison Park, PA 15101-0355
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14299241*      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court:  Collection Service Cen,     Attn:Collection Center,    Po Box 14931,
                  Pittsburgh, PA 15234)
14299238*       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
14299239*       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
14299240*       +Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
14299242*        Enterprise Bank,    401 Mount Royal Boulevard,    Allison Park, PA 15101
14299243*       +Escallate LLC,   Attn:Bankruptcy,    5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
14709822*       +Jordan Tax Service, Inc.,    Pine Richland School District,    Richland Township Area,
                  102 Rahway Road,    McMurray, PA 15317-3349
14366071*       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14299244*       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14299245*       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14299230       ##+Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
                                                                                             TOTALS: 2, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
```
              David Z. Valencik    on behalf of Debtor Carmen D. Fusca dvalencik@c-vlaw.com,
                cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
                vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Carmen D. Fusca dcalaiaro@c-vlaw.com,
                cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
                vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Pine-Richland School District jhunt@grblaw.com,
                cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Richland Township jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
                cnoroski@grblaw.com
              Joseph A. Fidler    on behalf of Creditor   Enterprise Bank jfidler@enterprisebankpgh.com
              Joshua I. Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
                larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
                ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
```

```
District/off: 0315-2          User: mgut                Page 3 of 3              Date Rcvd: Aug 10, 2018
                              Form ID: 318              Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com, PA68@ecfcbis.com
        Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                        TOTAL: 14